UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COLLEEN J. PRIEBE,

    Plaintiff,

                              Civil No. 07-10973
                              Hon. John Feikens

    v.

GEORGE W. BUSH, President of the United States, and
DONALD RUMSFELD, Former Secretary of Defense

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Before me is Magistrate Judge Majzoub's Report and Recommendation of April 24, 2007, recommending that this case be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff filed objections to this Report on May 3rd, which was within the allotted time. Defendants have filed no response to Plaintiff's objections and their time to do so has elapsed.

I hereby ADOPT IN FULL this Report and Recommendation. The case is frivolous due to its "fantastic and delusional" factual allegations, and it fails to state a claim for which relief can be granted. See Brown v. Bargery, 207 F.3d 863, 866 (6th Cir. 2000). Contrary to Plaintiff's objections, appointed counsel for Plaintiff would not assist her in bringing this suit since the problem is not one of failure to cite the proper statutes or cases, but instead one in which some of the allegations of fact are so fantastic that this Court cannot give them credence, and that even if all of the allegations were true they cannot form the basis for any claim for which this Court can grant relief. Therefore, Plaintiff's case is hereby DISMISSED WITH

PREJUDICE.

**IT IS SO ORDERED.**

Date:   May 29, 2007                           s/John Feikens
                                               United States District Judge

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on May 29, 2007, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager